1  GERI LYNN GREEN
   Green & Green, LLP
2  155 Montgomery Street, Suite 901
   San Francisco, CA 94104
3  T: (415) 982-2600
   F: (415) 358-456
4  greenlaw700@gmail.com
   Counsel for Defendant Williams
5
   CLAIRE LEARY
6  912 Cole Street, Suite 347
   San Francisco, California 94117
7  T: (415) 255-4640
   F: (510) 351-1636
8  atyleary@aol.com
   Counsel for Defendant Little

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-0244 DLJ |
|---|---|---|
| Plaintiff, | ) | Stipulation and ~~Proposed~~ Order Changing Motions Filing and Hearing Dates |
| vs. | ) | |
| JOSEPH LAWRENCE WILLIAMS, WILLIAM JOSEPH LITTLE, JR. | ) | |
| Defendants. | ) | |

    The undersigned hereby stipulate that the motions filing dates in the above-entitled matter be modified as follows: the Defendants will file first tier motions, or facial attacks on the indictment on May 22, 2009. The Government will respond on June 5, 2009. The defense will reply on June 12, 2009. The hearing will be moved from June 12, 2009, to June 19, 2009. This continuance is sought because the defense inadvertently calendared the due date for the filing of the motions.

    Discovery is ongoing in this matter. The parties may request, in the near future, a status hearing date to address the fast-approaching June 29, 2009, trial date in this matter. Mr. Van and his counsel

are not included in this stipulation, because they are scheduled to appear before the Court tomorrow,

_____/s/_____

Dated: May 21, 2009              CLAIRE LEARY
                                 Counsel for Defendant Little

_____/s/_____

Dated: May 21, 2009              GERI LYNN GREEN
                                 Counsel for Defendant Williams

_____/s/_____

Dated: May 21, 2009              STEPHEN CORRIGAN
                                 Assistant United States Attorney

O R D E R

Good cause appearing therefor, IT IS SO ORDERED. The motions hearing date in the above-entitled matter is hereby moved to June 19, 2009. The June 12, 2009 motions hearing date is hereby vacated. Defense is to file motions on May 22, 2009. The Government will respond on June 5, 2009, and the Defense will reply on June 12, 2009.

Dated: May 22, 2009              D. Lowell Jensen
                                 United States District Judge