```
GAIL SHIFMAN
Attorney at Law
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 551-1500

Attorney for Defendant
ISSAIAH WILLIAMS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>     Plaintiff,              )<br>                              )<br>  v.                          )<br>                              )<br>ISSAIAH WILLIAMS,             )<br>                              )<br>     Defendant.               )<br>_____) | No. CR 06-0714 DLJ<br>CR-08-00905-DLJ RELATED CASES<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING HEARING |

   Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate as follows:

   1. Defendant is currently scheduled to appear before this Court on May 22, 2009 for imposition of judgment and sentence.

   2. Defendant filed a motion requesting a continuance of his sentencing hearing to allow for additional time to prepare and file Objections to the Pre-Sentence Report.

   3. The Court has advised that the matter will be taken off calendar on May 22, 2009 and continued until June 5, 2009 at 10:00 a.m. for sentencing.

   4. As a result, the parties stipulate and agree to vacate the sentencing date of May 22, 2009 and continue the sentencing hearing until June 5, 2009 at 10:00 a.m.

**IT IS SO STIPULATED.**

                                          JOSEPH RUSSONIELLO
                                        UNITED STATES ATTORNEY

  /s/                                         /s/
_____       _____
GAIL SHIFMAN                      CHINHAYI COLEMAN
Attorney for Defendant       Assistant United States Attorney
Dated: May 21, 2009          Dated: May 21, 2009

**IT IS SO ORDERED.**

Dated: May 22, 2009          _____
                                        HONORABLE LOWELL JENSEN
                                        United States District Court Judge